FILED
2011 JAN 25 PM 2:19
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. CR 11 00062 |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 1038(a)(1): Threats and Hoaxes] |
| MARTIN CALVIN YARBROUGH, JR., | |
| Defendant. | |

The Grand Jury charges:

### COUNT ONE

[18 U.S.C. § 1038(a)(1)]

On or about November 17, 2008, in Los Angeles County, within the Central District of California, defendant MARTIN CALVIN YARBROUGH, JR., under circumstances that might reasonably be believed, intentionally engaged in conduct with the intent to convey false and misleading information indicating that an activity had taken, was taking, and would take place that, if true, would constitute a violation of Chapter 113B of Title 18,

United States Code, namely, Title 18, United States Code, Section 2332a, use of a weapon of mass destruction. Specifically, defendant MARTIN CALVIN YARBROUGH, JR. placed in the United States mail an envelope, addressed to the Department of Children and Family Services of Los Angeles County in Covina, California, that contained a blueish-colored, granular substance.

COUNT TWO

[18 U.S.C. § 1038(a)(1)]

On or about November 17, 2008, in Los Angeles County, within the Central District of California, defendant MARTIN CALVIN YARBROUGH, JR., under circumstances that might reasonably be believed, intentionally engaged in conduct with the intent to convey false and misleading information indicating that an activity had taken, was taking, and would take place that, if true, would constitute a violation of Chapter 113B of Title 18, United States Code, namely, Title 18, United States Code, Section 2332a, use of a weapon of mass destruction. Specifically, defendant MARTIN CALVIN YARBROUGH, JR. placed in the United States mail an envelope, addressed to the Department of Children and Family Services of Los Angeles County in Lancaster, California, that contained a bluish-colored, granular substance.

## COUNT THREE

[18 U.S.C. § 1038(a)(1)]

On or about November 17, 2008, in Los Angeles County, within the Central District of California, defendant MARTIN CALVIN YARBROUGH, JR., under circumstances that might reasonably be believed, intentionally engaged in conduct with the intent to convey false and misleading information indicating that an activity had taken, was taking, and would take place that, if true, would constitute a violation of Chapter 113B of Title 18, United States Code, namely, Title 18, United States Code, Section 2332a, use of a weapon of mass destruction. Specifically, defendant MARTIN CALVIN YARBROUGH, JR. placed in the United States mail an envelope, addressed to the Department of Children and Family Services of Los Angeles County in El Monte, California, that contained a blueish-colored, granular substance.

## COUNT FOUR

[18 U.S.C. § 1038(a)(1)]

On or about November 17, 2008, in Los Angeles County, within the Central District of California, defendant MARTIN CALVIN YARBROUGH, JR., under circumstances that might reasonably be believed, intentionally engaged in conduct with the intent to convey false and misleading information indicating that an activity had taken, was taking, and would take place that, if true, would constitute a violation of Chapter 113B of Title 18, United States Code, namely, Title 18, United States Code, Section 2332a, use of a weapon of mass destruction. Specifically, defendant MARTIN CALVIN YARBROUGH, JR. placed in the United States mail an envelope, addressed to the Department of Children and Family Services of Los Angeles County in Chatsworth, California, that contained a blueish-colored, granular substance.

## COUNT FIVE

[18 U.S.C. § 1038(a)(1)]

On or about November 17, 2008, in Los Angeles County, within the Central District of California, defendant MARTIN CALVIN YARBROUGH, JR., under circumstances that might reasonably be believed, intentionally engaged in conduct with the intent to convey false and misleading information indicating that an activity had taken, was taking, and would take place that, if true, would constitute a violation of Chapter 113B of Title 18, United States Code, namely, Title 18, United States Code, Section 2332a, use of a weapon of mass destruction. Specifically, defendant MARTIN CALVIN YARBROUGH, JR. placed in the United States mail an envelope, addressed to the Department of Children and Family Services of Los Angeles County in Los Angeles, California, that contained a blueish-colored, granular substance.

## COUNT SIX

[18 U.S.C. § 1038(a)(1)]

On or about November 19, 2008, in Los Angeles County, within the Central District of California, defendant MARTIN CALVIN YARBROUGH, JR., under circumstances that might reasonably be believed, intentionally engaged in conduct with the intent to convey false and misleading information indicating that an activity had taken, was taking, and would take place that, if true, would constitute a violation of Chapter 113B of Title 18, United States Code, namely, Title 18, United States Code, Section 2332a, use of a weapon of mass destruction. Specifically, defendant MARTIN CALVIN YARBROUGH, JR. placed in the United States mail an envelope, addressed to the Department of Children and Family Services of Los Angeles County in Santa Fe Springs, California, that contained a blueish-colored, granular substance.

## COUNT SEVEN

[18 U.S.C. § 1038(a)(1)]

On or about August 7, 2009, in Los Angeles County, within the Central District of California, defendant MARTIN CALVIN YARBROUGH, JR., under circumstances that might reasonably be believed, intentionally engaged in conduct with the intent to convey false and misleading information indicating that an activity had taken, was taking, and would take place that, if true, would constitute a violation of Chapter 113B of Title 18, United States Code, namely, Title 18, United States Code, Section 2332a, use of a weapon of mass destruction. Specifically, defendant MARTIN CALVIN YARBROUGH, JR. placed in the United States mail an envelope, addressed to the Department of Children and Family Services of Los Angeles County in Pomona, California, that contained a blueish-colored, granular substance.

## COUNT EIGHT

[18 U.S.C. § 1038(a)(1)]

On or about August 25, 2009, in Los Angeles County, within the Central District of California, defendant MARTIN CALVIN YARBROUGH, JR., under circumstances that might reasonably be believed, intentionally engaged in conduct with the intent to convey false and misleading information indicating that an activity had taken, was taking, and would take place that, if true, would constitute a violation of Chapter 113B of Title 18, United States Code, namely, Title 18, United States Code, Section 2332a, use of a weapon of mass destruction. Specifically, defendant MARTIN CALVIN YARBROUGH, JR. placed in the United States mail an envelope, addressed to the Edmund D. Edelman Children's Court in Monterey Park, California, that contained a white, powdery substance.

COUNT NINE

[18 U.S.C. § 1038(a)(1)]

On or about August 25, 2009, in Los Angeles County, within the Central District of California, defendant MARTIN CALVIN YARBROUGH, JR., under circumstances that might reasonably be believed, intentionally engaged in conduct with the intent to convey false and misleading information indicating that an activity had taken, was taking, and would take place that, if true, would constitute a violation of Chapter 113B of Title 18, United States Code, namely, Title 18, United States Code, Section 2332a, use of a weapon of mass destruction. Specifically, defendant MARTIN CALVIN YARBROUGH, JR. placed in the United States mail an envelope, addressed to the Edmund D. Edelman Children's Court in Monterey Park, California, that contained a white, powdery substance.

## COUNT TEN

[18 U.S.C. § 1038(a)(1)]

On or about April 9, 2010, in Los Angeles County, within the Central District of California, defendant MARTIN CALVIN YARBROUGH, JR., under circumstances that might reasonably be believed, intentionally engaged in conduct with the intent to convey false and misleading information indicating that an activity had taken, was taking, and would take place that, if true, would constitute a violation of Chapter 113B of Title 18, United States Code, namely, Title 18, United States Code, Section 2332a, use of a weapon of mass destruction. Specifically, defendant MARTIN CALVIN YARBROUGH, JR. placed in the United States mail an envelope, addressed to the Department of Children and Family Services of Los Angeles County in Pomona, that contained a blueish-colored, granular substance.

COUNT ELEVEN

[18 U.S.C. § 1038(a)(1)]

On or about April 12, 2010, in Los Angeles County, within the Central District of California, defendant MARTIN CALVIN YARBROUGH, JR., under circumstances that might reasonably be believed, intentionally engaged in conduct with the intent to convey false and misleading information indicating that an activity had taken, was taking, and would take place that, if true, would constitute a violation of Chapter 113B of Title 18, United States Code, namely, Title 18, United States Code, Section 2332a, use of a weapon of mass destruction. Specifically, defendant MARTIN CALVIN YARBROUGH, JR. placed in the United States mail an envelope, addressed to the Department of Children and Family Services of Los Angeles County in Lancaster, California, that contained a blueish-colored, granular substance.

COUNT TWELVE

[18 U.S.C. § 1038(a)(1)]

On or about May 19, 2010, in Los Angeles County, within the Central District of California, defendant MARTIN CALVIN YARBROUGH, JR., under circumstances that might reasonably be believed, intentionally engaged in conduct with the intent to convey false and misleading information indicating that an activity had taken, was taking, and would take place that, if true, would constitute a violation of Chapter 113B of Title 18, United States Code, namely, Title 18, United States Code, Section 2332a, use of a weapon of mass destruction. Specifically, defendant MARTIN CALVIN YARBROUGH, JR. placed in the United States mail an envelope, addressed to the Department of Children and Family Services of Los Angeles County in Pomona, California, that contained a white, powdery substance.

## COUNT THIRTEEN

[18 U.S.C. § 1038(a)(1)]

On or about May 19, 2010, in Los Angeles County, within the Central District of California, defendant MARTIN CALVIN YARBROUGH, JR., under circumstances that might reasonably be believed, intentionally engaged in conduct with the intent to convey false and misleading information indicating that an activity had taken, was taking, and would take place that, if true, would constitute a violation of Chapter 113B of Title 18, United States Code, namely, Title 18, United States Code, Section 2332a, use of a weapon of mass destruction. Specifically, defendant MARTIN CALVIN YARBROUGH, JR. placed in the United States mail an envelope, addressed to the Department of Children and Family Services of Los Angeles County in Los Angeles, California, that contained a white, powdery substance.

A TRUE BILL

/S/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Section


SHERILYN PEACE GARNETT
Assistant United States Attorney
National Security Section